**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE MUNDO,
JOSEPH VASQUEZ,
JAVIER CORDOVEZ,
MACLAINE FLEXAS,
ORLANDO ESCOBAR &
JOSEPH VASQUEZ,

       Plaintiffs,

vs.                                             CASE NO. 6:07-CV-702-ORL-19KRS

FLORIDA SUNSET SHUTTLE, INC.,

       Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 34, filed January 26, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 34) is **ADOPTED and AFFIRMED.** Plaintiffs' claims against Florida Sunset Shuttle, Inc. are hereby **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 3.10(a) and for failure to comply with a pretrial order of the Court pursuant to Federal Rule of Civil Procedure 16(f). The Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   16th   day of February, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record